```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                 CORPUS CHRISTI DIVISION
```

NASHTEC, L.P.,                        §
                                      §
    Plaintiff,                    §      Civil Action
                                      §      No. C-06-559
v.                                    §
                                      §
CST INDUSTRIES, INC. AND              §
COLUMBIAN TEC TANK,                   §
                                      §
    Defendants.                   §

## ORDER

On this day came on to be considered the motion of Defendants CST Industries, Inc. and Columbian Tec Tank (together, "CST") for an extension of time to respond to Plaintiff Nashtec, L.P.'s complaint (D.E. 8). CST's motion for an extension of time is hereby DENIED.

SIGNED and ENTERED this 5th day of January, 2007.

_____
            Janis Graham Jack
     United States District Judge